**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | |
| LUISA CRUZ MEZQUITAL, | Case No.: 1:21-CV-02586-RWS |
| Defendant. | |

## <u>MOTION TO DISMISS</u>

Luisa Cruz Mezquital hereby moves to dismiss this action, for the following reasons:

(a)     The claims raised in the action are either non-justiciable or this Court should decline to exercise jurisdiction over them;

(b)     American Family Insurance Company has failed to join necessary parties under Rule 19;

(c)     The complaint fails to state a claim upon which relief can be granted.

Pursuant to local rule 7.1, this motion is accompanied by a memorandum of law which cites supporting authority.

Respectfully Submitted this 21st Day of July, 2021.

/s/ Kurt G. Kastorf
Kurt G. Kastorf
Georgia Bar No. 315315

KASTORF LAW, LLC
1387 Iverson Street NE
Suite 100
Atlanta, GA 30307
(404) 900-0330
kurt@kastorflaw.com

**Counsel for Luisa Cruz Mezquital**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing notice upon all parties by filing it via CM/ECF.

This 21st Day of July, 2021.

/s/ Kurt G. Kastorf
Kurt G. Kastorf
Georgia Bar No. 315315

KASTORF LAW, LLC
1387 Iverson Street NE
Suite 100
Atlanta, GA 30307
(404) 900-0330
kurt@kastorflaw.com

**Counsel for Luisa Cruz Mezquital**